```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
|  |  |
|---|---|
| HOAI NGUYEN, | USDC SDNY |
| | DOCUMENT |
| Plaintiff, | ELECTRONICALLY FILED |
| | DOC #: _____ |
| -against- | DATE FILED: _9/16/2021_ |

21 Civ. 7062 (AT)

TRANSLATE BIO, INC., RONALD C. RENAUD, JR., OWEN HUGHES, DANIELLA BECKMAN, GEORGE DEMETRI, JEAN-FRANÇOIS FORMELA, ROBERT J. MEYER, AND ROBERT M. PLENGE,

**ORDER**

Defendants.

ANALISA TORRES, District Judge:

The Court intends to consolidate the following actions: 21 Civ. 6895; 21 Civ. 7060; 21 Civ. 7098; 21 Civ. 7239; 21 Civ. 7461.  By **September 22, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel.  Opposition to any such application shall be filed by **September 29, 2021**.

SO ORDERED.

Dated: September 16, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge